IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| PHARMACISTS MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:09cv741-MHT (WO) |
| GODBEE MEDICAL DISTRIBUTORS, INC. and CHRISTY CAUDLE, | ) ) ) ) | |
| Defendants. | ) | |

OPINION AND ORDER

It is ORDERED that the motion for clarification (doc. no. 27) is granted to the extent that the following clarification is made: The clerk of the court correctly placed this case on the jury trial docket because a party requested a jury trial. If the court should sustain the pending objection to a jury trial, the case will then be moved to the non-jury trial docket. If the court overrules the pending objection, the case will remain on the jury trial docket. In other words, whether this case

will proceed as a jury or non-jury case depends upon how the court rules on the pending objection.

DONE, this the 19th day of January, 2010.

                              <u>/s/ Myron H. Thompson</u>
                              **UNITED STATES DISTRICT JUDGE**