IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| PHARMACISTS MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:09cv741-MHT (WO) |
| GODBEE MEDICAL DISTRIBUTORS, INC. and CHRISTY CAUDLE, | ) ) ) ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that plaintiff's motion to strike (doc. no. 50) is denied.

In resolving the pending summary-judgment motion, the court has implicitly considered the motions to strike as notices of objections to the submissions described and has considered any related briefs as arguments on the objections.  See Norman v. Southern Guar. Ins. Co., 191 F. Supp. 2d 1321, 1328 (M.D. Ala. 2002); Anderson v. Radisson Hotel Corp., 834 F. Supp. 1364, 1368 n. 1 (S.D. Ga. 1993).  The court is capable of sifting evidence, as

required by the summary-judgment standard, without resort to an exclusionary process, and the court will not allow the summary-judgment stage to degenerate into a battle of motions to strike.

DONE, this the 23rd day of August, 2010.

                                        /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE