```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

          MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION



PHARMACISTS MUTUAL            )
INSURANCE COMPANY,            )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )     2:09cv741-MHT
                              )         (WO)
GODBEE MEDICAL                )
DISTRIBUTORS, INC. and        )
CHRISTY CAUDLE,               )
                              )
    Defendants.               )
```

### JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 81), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with costs taxed as paid.

It is further ORDERED that all outstanding motions are denied and all outstanding objections are overruled.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 26th day of August, 2010.**

                                      /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**